IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PAUL BROWN,<br><br>Defendant. | No. 22-CR-102-S<br><br>**18 U.S.C. § 2250(a)**<br>(Failure to Register as a Sex Offender) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

From on or about July 11, 2022, through and including September 20, 2022, in the District of Wyoming, the Defendant, **KEVIN PAUL BROWN**, who is required to register under the Sex Offender Registration and Notification Act by reason of a conviction under Federal law, knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act.

In violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

INK SIGNATURE ON FILE
FOREPERSON

NICHOLAS VASSALLO
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | KEVIN PAUL BROWN |
| **DATE:** | September 20, 2022 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **18 U.S.C. § 2250(a)**<br>(Failure to Register as a Sex Offender)<br><br>0-10 Years Imprisonment<br>Up To $250,000 Fine<br>5 Years To Life Supervised Release<br>$100 Special Assessment |
| **AGENT:** | James McGhee, USMS |
| **AUSA:** | Timothy W. Gist, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 3 To 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |